DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


BENCHMARK CONSULTING INC., d/b/a Castle
Roofing & Construction Inc., a/a/o Ronald Stagenhorst,

Appellant,

v.

SAFEPOINT INSURANCE COMPANY,

Appellee.


No. 2D2024-0937

_____


September 26, 2025

Appeal from the County Court for Pinellas County; John Carassas,
Judge.

Richard N. Asfar of Almazan Law, Tampa; Richard N. Asfar of Adams &
Reese, LLP, Tampa (substituted as counsel of record); and Brandon L.
Fizer of Fix It Or Else, St. Petersburg, for Appellant.

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP,
Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.